UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re:                                    Chapter 13
Richard Hogan & Leslie Hogan              Case No. 07-22216
_____x

DEBTORS SECOND AMENDED PLAN UNDER CHAPTER 13

1. Debtor(s) hereby submit(s) all present and future earnings to
the supervision and control of the Trustee and agree(s) to pay
the Trustee the sum of $537.00 per month for 4 months and then $1420.00 per
month for 56 months in full payment of the plan.

2. The trustee shall make disbursements as follows:

a. Full payment in deferred cash payments of all filed claims
entitled to priority under 11 USC 507.

b. Holders of allowed secured claims shall retain the liens
securing such claims and shall be paid as follows:

(i) Arrears to be paid by the Trustee inside the Chapter 13 plan
(ii) Current secured payments made outside the plan,

c. Pro-rata with dividends to secured creditors, dividends to
unsecured creditors whose claims are allowed.


3. (a) Debtor(s) hereby assume(s) the following executory
contracts:

   (b) The following executory contracts of the debtor(s) are
hereby rejected:


4. Except as provided in this plan or the order confirming this
plan, the property of the estate shall re-vested in the debtor(s)
free and clear of any claim or interest of any creditor on
confirmation of this plan.

Plan Date: December 6, 2007

_____/s/_____

Richard Hogan & Leslie Hogan
Debtor