```
                                                    Settlement/Hearing: April 28th, 2010
                                                    Time: 10:00 A.M.
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
IN RE:                                              Chapter 13
                                                    Case No. 07-22216 RDD
**RICHARD J. HOGAN AND**
**LESLIE A. GIRARD HOGAN,**

                                                    **NOTICE OF SETTLEMENT**
                    Debtors
-------------------------------x
```

**PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy Judge, on the 28th day of April, 2010 at 10:00 A.M. .in the Judge's Chambers, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

**PLEASE TAKE FURTHER NOTICE ,** that Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

/Dated: White Plains, New York
   March 11th, 2010

                                              /s/ Jeffrey L. Sapir
                                          **Jeffrey L. Sapir  (JLS 0938)**
                                          **Chapter 13 Trustee**
                                          **399 Knollwood Road**
                                          **White Plains, New York 10603**
                                          **Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Richard J. and Leslie A. Hogan
11 South Serven Street
Pearl River, New York   10965

Joshua N. Bleichman, Esq.
268 Route 59
Spring Valley, New York 10977

American Home Mortgage Servicing, Inc., Servicer
Wells Fargo Bank, NA
c/o Fein Such & Crane, LLP
28 East Main Street #1800
Rochester, New York 14614

NYS Department of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205

Option One
Cashiering
P.O. Box 44042
Jacksonville, Florida 32231

Chase Bank, USA, NA
c/o Chase Auto Finance
P.O. Box 901032
Fort Worth, Texas  76101-2032

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                Chapter 13
                                Case No. 07-22216 RDD

**RICHARD J. HOGAN AND**
**LESLIE A. GIRARD HOGAN,**
                      Debtors
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved for an order dismissing this chapter 13 case; and upon the motion and the record of the hearing held on April 28, 2010, the Court having found that the above-captioned debtors have failed to comply with the provision of 11 U.S.C. § 1307 (c)(6) and the order confirming plan dated March 3, 2008 directing the debtors to remit monthly payments according to plan, and the debtors failing to comply therewith, and being, at this juncture, in material arrears with plan payments to the trustee, and there being a material default in this confirmed plan, and good cause appearing,

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       April                , 2010

                                        _____
                                        **UNITED STATES BANKRUPTCY JUDGE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:
                                              Chapter 13
                                              Case No. 07-22216  RDD

**RICHASRD J. HOGAN AND**
**LESLIE A. GIRARD HOGAN,**

                                              **TRUSTEE'S  AFFIDAVIT**

                         Debtor s
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER  )   ss.:

      Jeffrey L. Sapir, being duly sworn, deposes and says:

      1.      He is the standing Chapter 13 Trustee.

      2.      The debtors filed a Chapter 13 proceeding on March 12th, 2007.

      3.      The debtors failed to comply with the provisions of  11 U.S.C. §1307 (c ) (6).

      4.      The debtors failed to comply with the Order Confirming Plan dated

March 3rd, 2008, whereby the debtors must remit monthly payments to the trustee in the sum of

$537.00 for 4 months, and $1,420.00 for 56 months.

      5.      The debtors have paid the trustee to date the sum of $33,388.00.

      6.      The debtors are $12,780.00 in arrears in plan payments to the trustee.

      7.      There exists a material default in this confirmed plan.

      **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing

this case, be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
11th day of March, 2010

/s/ Jody L. Kava
Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                  Chapter 13
                                                         Case No. 07-22216 RDD

**RICHARD J. HOGAN AND
LESLIE A. GIRARD HOGAN,**

                              Debtors
----------------------------------x

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER    ) ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

       On March 11th, 2010, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**    United States Trustee
         33 Whitehall Street
         New York, New York 10004

         Richard J. and Leslie A. Hogan
         11 South Serven Street
         Pearl River, New York 10965

         Joshua N. Bleichman, Esq.
         268 Route 59
         Spring Valley, New York 10977


         American Home Mortgage Servicing, Inc., Servicer
         Wells Fargo Bank, NA
         c/o Fein Such & Crane, LLP
         28 East Main Street #1800
         Rochester, New York 14614

NYS Department of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205

Option One
Cashiering
P.O. Box 44042
Jacksonville, Florida 32231

Chase Bank, USA, NA
c/o Chase Auto Finance
P.O. Box 901032
Fort Worth, Texas  76101-2032

                                                                  /s/ Lois Rosemarie Esposito
                                                                  **Lois Rosemarie Esposito**

Sworn to before me this
11th  day of March, 2010

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/10